| HCDistrictclerk.com | MERIDIAN HOSPITAL SYSTEMS CORPORATION vs. POST ACUTE MEDICAL LLC<br>Cause: 201923790    CDI: 7    Court: 011 | 7/8/2019 |
|---|---|---|

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 86028598 | Amended Notice of Oral Hearing on Temporary Injunction | | 07/03/2019 | 2 |
| 85942541 | PAM Defendants' Supplemental Brief in Support of thier Motion to Dismiss Under the Texas Citizens Participation ACT | | 06/27/2019 | 6 |
| ·> 85942542 | Exhibit A | | 06/27/2019 | 5 |
| 85909583 | Notice of Oral Hearing on Plaintiff's Application for Temporary Restraining Order | | 06/26/2019 | 2 |
| sensitive | Plaintiffs Amended Petition and Application for Temporary Restraining Ordre and Temporary Injunction | | 06/26/2019 | 24 |
| ·> sensitive | EXHIBIT A | | 06/26/2019 | 66 |
| ·> sensitive | EXHIBIT B | | 06/26/2019 | 3 |
| ·> sensitive | EXHIBIT C | | 06/26/2019 | 2 |
| ·> sensitive | EXHIBIT D | | 06/26/2019 | 5 |
| ·> sensitive | EXHIBIT E | | 06/26/2019 | 2 |
| ·> sensitive | EXHIBIT F NDA IN CAMERIA REVIEW | | 06/26/2019 | 7 |
| ·> sensitive | EXHIBIT G PROPOSAL TO MIMIC IN CAMERA REVIEW | | 06/26/2019 | 18 |
| ·> sensitive | EXHIBIT H KMG PROPOSAL IN CAMERA REVIEW | | 06/26/2019 | 25 |
| ·> sensitive | EXHIBIT I PORTAL IN CAMERA REVIEW | | 06/26/2019 | 29 |
| ·> sensitive | EXHIBIT J Pass word IN CAMERA REVIEW | | 06/26/2019 | 1 |
| ·> sensitive | EXHIBIT K Disabled | | 06/26/2019 | 5 |
| ·> sensitive | Proposed order granting plaintiff's amended and verified petition and application for temporary restraining order and temporary injunction | | 06/26/2019 | 4 |
| 85918338 | ORDER SIGNED DENYING TEMPORARY RESTRAINING ORDER<br>ORDER SIGNED SETTING HEARING | | 06/26/2019<br>06/26/2019 | 1 |
| 85865977 | Pam Defendants' Reply Brief in Support of thier Motion to Dismiss Under the Texas Citizens Participation ACT | | 06/24/2019 | 58 |
| ·> 85865978 | Exhibit A | | 06/24/2019 | 2 |
| ·> 85865979 | Exhibit B | | 06/24/2019 | 2 |
| ·> 85865980 | Exhibit C | | 06/24/2019 | 2 |
| ·> 85865981 | Exhibit D | | 06/24/2019 | 5 |
| ·> 85865982 | Exhibit E | | 06/24/2019 | 41 |
| ·> 85865983 | Exhibit F | | 06/24/2019 | 15 |
| ·> 85865984 | Exhibit G | | 06/24/2019 | 25 |
| ·> 85865986 | Exhibit H | | 06/24/2019 | 18 |
| ·> 85865987 | Exhibit I | | 06/24/2019 | 13 |
| 85866065 | Defendant Key management Group, INC's Reply in Support of Special Appearance Challenging Personal Jurisdiction | | 06/24/2019 | 9 |
| ·> 85866067 | Exhibit 1 | | 06/24/2019 | 8 |
| ·> 85866068 | Exhibit 2 | | 06/24/2019 | 25 |
| ·> 85866069 | Exhibit 3 | | 06/24/2019 | 2 |
| 85870741 | Notice of Oral Hearing | | 06/24/2019 | 2 |
| 85840181 | Plaintiff's Opposed Motion to Maintain Confidentiality of Confidential Designations | | 06/21/2019 | 5 |

| | | and Request to Produce In Camera | | |
|---|---|---|---|---|
| ·> | 85840182 | Exhibit A | 06/21/2019 | 13 |
| ·> | 85840183 | EXHIBIT B | 06/21/2019 | 2 |
| ·> | sensitive | EXHIBIT C | 06/21/2019 | 33 |
| ·> | sensitive | EXHIBIT D | 06/21/2019 | 29 |
| ·> | sensitive | EXHIBIT E | 06/21/2019 | 43 |
| ·> | sensitive | EXHIBIT F | 06/21/2019 | 8 |
| ·> | 85840188 | Proposed Order Granting Meridian's motion to Maintain Confidentialty | 06/21/2019 | 1 |
| | sensitive | Plantiff's Response to Pam Defendnats' and Key Management Group's Motion to Dismiss Under the Texas Citizens Participation Act | 06/19/2019 | 57 |
| ·> | sensitive | EXHIBIT A | 06/19/2019 | 66 |
| ·> | sensitive | EXHIBIT B IN CAMERA REVIEW (HL) | 06/19/2019 | 14 |
| ·> | sensitive | EXHIBIT C (HL) IN CAMERA REVIEW | 06/19/2019 | 8 |
| ·> | sensitive | EXHIBIT D IN CAMERIA REVIEW | 06/19/2019 | 7 |
| ·> | sensitive | EXHIBIT E CAMERA REVIEW | 06/19/2019 | 6 |
| ·> | sensitive | EXHIBIT F IN CAMERA REVIEW | 06/19/2019 | 18 |
| ·> | sensitive | EXHIBIT G INTERROGATORIES | 06/19/2019 | 15 |
| ·> | sensitive | EXHIBIT H IN CAMERA REVIEW | 06/19/2019 | 25 |
| ·> | sensitive | EXHIBIT I IN CAMERA REVIEW | 06/19/2019 | 1 |
| ·> | sensitive | EXHIBIT J | 06/19/2019 | 3 |
| ·> | sensitive | EXHIBIT K IN CAMERA REVIEW | 06/19/2019 | 3 |
| ·> | sensitive | EXHIBIT L ADVERTISING HEALTHCARE | 06/19/2019 | 8 |
| ·> | sensitive | Exhibit M CRL Affidavit | 06/19/2019 | 2 |
| ·> | sensitive | EXHIBIT N IN CAMERA REVIEW HL. | 06/19/2019 | 13 |
| ·> | sensitive | EXHIBIT O IN CAMERA REVIEW HL | 06/19/2019 | 11 |
| ·> | sensitive | EXHIBIT P | 06/19/2019 | 5 |
| ·> | sensitive | EXHIBIT Q IN CAMERA REVIEW | 06/19/2019 | 1 |
| ·> | sensitive | EXHIBIT R IN CAMERA REVIEW | 06/19/2019 | 29 |
| ·> | sensitive | EXHIBIT S IN CAMER A REVIEW | 06/19/2019 | 41 |
| ·> | sensitive | EXHIBIT T | 06/19/2019 | 2 |
| ·> | sensitive | EXHIBIT U LEBLANC TESTIMONY | 06/19/2019 | 10 |
| ·> | sensitive | EXHIBIT V EXHIBIT MEDICAL DIRECTOR AT PAM Details __Post Acute Medical GINA ARMSTRONG | 06/19/2019 | 2 |
| ·> | sensitive | EXHIBIT W TEXAS BUSINESS 637481900002 cert of form for Phy. | 06/19/2019 | 5 |
| ·> | sensitive | EXHIBIT X Thomas Exhibit 32 | 06/19/2019 | 4 |
| ·> | sensitive | Proposed Order Denying Pam and KMG Defendants' Motion to Dismiss Under the Texas Citizens Participation Act | 06/19/2019 | 1 |
| | sensitive | Plaintiff's Verified Response to Key Management Group, Inc's Special Appearance | 06/18/2019 | 22 |
| ·> | sensitive | EXHIBIT A | 06/18/2019 | 66 |
| ·> | sensitive | EXHIBIT B IN CAMERA REVIEW (HL) | 06/18/2019 | 10 |
| ·> | sensitive | EXHIBIT C (HL) IN CAMERA REVIEW | 06/18/2019 | 8 |
| ·> | sensitive | EXHIBIT D IN CAMERIA REVIEW | 06/18/2019 | 7 |
| ·> | sensitive | EXHIBIT E CAMERA REVIEW | 06/18/2019 | 6 |
| ·> | sensitive | EXHIBIT F IN CAMERA REVIEW | 06/18/2019 | 18 |
| ·> | sensitive | EXHIBIT G INTERROGATORIES | 06/18/2019 | 15 |

| | | | |
|---|---|---|---|
| ·> sensitive | EXHIBIT H IN CAMERA REVIEW | 06/18/2019 | 25 |
| ·> sensitive | EXHIBIT I IN CAMERA REVIEW | 06/18/2019 | 1 |
| ·> sensitive | EXHIBIT J | 06/18/2019 | 3 |
| ·> sensitive | EXHIBIT K IN CAMERA REVIEW | 06/18/2019 | 3 |
| ·> sensitive | EXHIBIT L ADVERTISING HEALTHCARE | 06/18/2019 | 8 |
| ·> sensitive | EXHIBIT M IN CAMERA REVIEW | 06/18/2019 | 1 |
| ·> sensitive | EXHIBIT N IN CAMERA REVIEW HL | 06/18/2019 | 3 |
| ·> sensitive | EXHIBIT O IN CAMERA REVIEW HL | 06/18/2019 | 11 |
| ·> sensitive | EXHIBIT P | 06/18/2019 | 5 |
| ·> sensitive | EXHIBIT Q IN CAMERA REVIEW | 06/18/2019 | 1 |
| ·> sensitive | EXHIBIT R IN CAMERA REVIEW | 06/18/2019 | 29 |
| ·> sensitive | EXHIBIT S IN CAMER A REVIEW | 06/18/2019 | 41 |
| ·> sensitive | Proposed Order Deying Special Appearance | 06/18/2019 | 1 |
| 85771432 | Third Amended Notice of Oral Hearing on Key Management Group, INC's Special appearance Challenging Personal Jurisdiction | 06/17/2019 | 2 |
| 85771729 | Second Amended Notice of Oral Hearing on Key Management Group, INC's Special Appearance Challenging Personal Jursidiction | 06/17/2019 | 2 |
| 85662434 | ORDER SIGNED COMPELLING DEPOSITION APPEARANCE ORDER SIGNED DENYING PROTECTION ORDER SIGNED GRANTING MTN FOR EXTENSION OF TIME | 06/11/2019 06/11/2019 06/11/2019 | 1 |
| 85657798 | Defendant Key Management Group, INC's Notice of Joinder in the Pam Defendants' Moion to Dismiss Under the Texas Citizens Participation Act | 06/10/2019 | 3 |
| 85638169 | Defendant ay Management Group, Inc's Emergency Motion for Protective Order Regarding the Deposititon of Key Management Group, Inc's Corporate Representative | 06/07/2019 | 7 |
| ·> 85638170 | Exhibit A | 06/07/2019 | 6 |
| ·> 85638171 | Exhibit B | 06/07/2019 | 5 |
| ·> 85638172 | Exhibit C | 06/07/2019 | 8 |
| ·> 85638173 | Exhibit D | 06/07/2019 | 4 |
| ·> 85638174 | Exhibit E | 06/07/2019 | 5 |
| ·> 85638175 | Exhibit F | 06/07/2019 | 4 |
| ·> 85638176 | Proposed Order | 06/07/2019 | 1 |
| 85592113 | Rule 11 Agreement | 06/05/2019 | 2 |
| ·> 85592115 | Exhibit A - Protective Order | 06/05/2019 | 11 |
| 85497298 | Plaintiff's Opposed Motion for Entry of Protective Order | 05/30/2019 | 4 |
| ·> 85497299 | Proposed Agreed Protective Order Concertning Confidentiality of Documents | 05/30/2019 | 11 |
| 85503132 | Amended Notice of Hearing | 05/30/2019 | 2 |
| 85425527 | Pam Defendants' motion for Protective order Regarding the unilateral Notice for the APEX Deposititon of Anthony Misitano | 05/24/2019 | 13 |
| ·> 85425529 | Exhibit A | 05/24/2019 | 1 |
| ·> 85425530 | Exhibit B | 05/24/2019 | 1 |
| ·> 85425531 | Exhibit C | 05/24/2019 | 2 |
| ·> 85425532 | Proposed Order | 05/24/2019 | 1 |
| 85425533 | PAM Defendants' Motion to Quash the Unilateral Deposition Notice of Anthony F. Misitano | 05/24/2019 | 3 |
| ·> 85425534 | Exhibit A | 05/24/2019 | 2 |
| ·> 85425535 | Proposed Order Granting Defendants' Motion to Quash the Unlateral Deposition Notice of Anthony F. Misitano | 05/24/2019 | 1 |

| Number | Description | Date | Pages |
|---|---|---|---|
| 85360565 | Amended Notice fo ORal Hearing on Key Management Group, Inc.'s Special appearance Challenging Personal Jurisdiction | 05/21/2019 | 2 |
| 85240215 | Amended Notice of Hearing | 05/14/2019 | 2 |
| 85107893 | Defendant Key Management Group Inc.'s Original Answer Subject to and Without Wavier of Special Appearance | 05/06/2019 | 4 |
| 85088306 | Notice of Oral Hearing on Key Management Group, INC's Special Appearance Challenging Personal Jursidiction | 05/03/2019 | 2 |
| 85090104 | Amended Notice of Oral Hearing on Temporary Injunction | 05/03/2019 | 2 |
| 85068047 | EACH PAY OWN | 05/02/2019 | 4 |
| | EXTENSION OF TEMPORARY INJUNCTION | 05/02/2019 | |
| | ORDER GRANTING EXPEDITED DISCOVERY SIGNED | 05/02/2019 | |
| 85075849 | Defendnat Key Management Group, INC's Special Appearance Challenging Personal Jurisdiction | 05/02/2019 | 11 |
| ·> 85075851 | Exhibit A | 05/02/2019 | 3 |
| ·> 85075853 | Proposed Order Sustaining Special Appearance Motion | 05/02/2019 | 1 |
| 85054577 | Proposed Agreed Order Granting Expedited Discovery | 05/01/2019 | 3 |
| 85058186 | Proposed Agreed Order Granting Expedited Discovery | 05/01/2019 | 4 |
| 84998373 | Pam Defendnats' Original Answer, General Denial, Affirmatve Defenses, and Special Exceptions Subject to Pam Defendats' TCPA Motion to Dismiss | 04/29/2019 | 5 |
| | Pam Defendnats' Original Answer, General Denial, Affirmatve Defenses, and Special Exceptions Subject to Pam Defendats' TCPA Motion to Dismiss | 04/29/2019 | |
| 85005739 | PAM Defendants Response to Second Amended TCPA and for the Temporary Injunction Hearing | 04/29/2019 | 19 |
| ·> 85005740 | Exhibit A | 04/29/2019 | 1 |
| ·> 85005741 | Exhibit B | 04/29/2019 | 2 |
| 85011694 | Proposed Order to Plaintiff's Second Amended Motion for Expedited Discovery Pursuant to the TCPA for and for the Temporary Injunction Hearing | 04/29/2019 | 1 |
| 85013937 | PLaintiff's Reply Motion for Expedited Discovery Pursuant to the TCPA and for the Temporary Injunction Hearing | 04/29/2019 | 7 |
| ·> 85013938 | First Amended Order Granting Plaintiff's Second Amended Motion for Expedited Discovery Under TCPA and for Temporary Injunction Hearing | 04/29/2019 | 2 |
| 84928729 | Plaintiff's Opposed and Second Amended Motion for Expedited Discovery Pursuant to te TCPA and for the Temporary Injunction Hearing | 04/23/2019 | 9 |
| ·> 84928731 | Proposed Order Granting Plaintiffs Second Amended Motion for Expedited Discovery Under TCPA and Injunction Hearing | 04/23/2019 | 2 |
| 84928736 | Notice of Oral Hearing on Plaintiff's Opposed and Second Amneded Motion for Discovery ursuant to TCPA and In Preparation for Temporary Injunction Hearing | 04/23/2019 | 1 |
| 84825175 | Notice of Hearing | 04/16/2019 | 2 |
| 84801113 | Citation | 04/15/2019 | 2 |
| 84801206 | Citation | 04/15/2019 | 2 |
| 84801328 | Citation | 04/15/2019 | 2 |
| 84801342 | Notice of Oral Hearing on Plaintiff's Request Expedited Discovery and Motion to Extend Temporary Restraining Order | 04/15/2019 | 2 |
| 84801386 | Plaintiff's Opposed and Verified Motion to Extend Temporary Restraining Order | 04/15/2019 | 3 |
| ·> 84801387 | EXHIBIT A | 04/15/2019 | 1 |
| ·> 84801388 | Proposed Order Granting Extention of Temporary Restraining order | 04/15/2019 | 3 |
| 84801427 | Citation | 04/15/2019 | 2 |
| 84801433 | Citation | 04/15/2019 | 2 |
| 84801484 | Citation | 04/15/2019 | 2 |
| 84801615 | Citation | 04/15/2019 | 2 |

| | | | | |
|---|---|---|---|---|
| 84801716 | Citation | | 04/15/2019 | 2 |
| 84801725 | Amended Notice of Oral Hearing on Plaintiff's Request Expedited Discovery and Motion to Extend Temporay Restraining Order | | 04/15/2019 | 2 |
| 84812252 | ORDER EXTENDING TEMPORARY RESTRAINING ORDER SIGNED | | 04/15/2019 | 1 |
| | ORDER SIGNED SETTING HEARING | | 04/15/2019 | |
| 84813226 | Plaintiff's Reply Motion to Extend Temporary Restraining Order | | 04/15/2019 | 3 |
| ·> 84813227 | Exhibit A | | 04/15/2019 | 2 |
| ·> 84813228 | Exhibit B | | 04/15/2019 | 4 |
| 84813555 | Plaintiff's Reply Motion for Expedited Discovery | | 04/15/2019 | 3 |
| ·> 84813556 | Exhibit A | | 04/15/2019 | 4 |
| ·> 84813558 | Exhibit B | | 04/15/2019 | 1 |
| ·> 84813560 | Exhibit C | | 04/15/2019 | 1 |
| 84825110 | PAM Defendants' Response in Opposition to plaintiff's Opposed Motion to Extend Temporary Restraining Order | | 04/15/2019 | 7 |
| ·> 84825111 | Exhibit 1 | | 04/15/2019 | 3 |
| ·> 84825112 | Exhibit 2 | | 04/15/2019 | 4 |
| ·> 84825113 | Exhibit 3 | | 04/15/2019 | 2 |
| ·> 84825114 | Proposed order denying extension of temporary restraining order | | 04/15/2019 | 1 |
| 84825194 | PAM Defendants' Response in Opposition to Plaintiff's Amended Opposed Emergency Motion for Discovery Pursuant to the TCPA | | 04/15/2019 | 16 |
| ·> 84825195 | Exhibit A | | 04/15/2019 | 3 |
| ·> 84825196 | Exhibit B | | 04/15/2019 | 4 |
| ·> 84825197 | Exhibit C | | 04/15/2019 | 2 |
| ·> 84825198 | Exhibit D | | 04/15/2019 | 5 |
| ·> 84825199 | Proposed Order Denying Plaintiff's Amended Opposed Emergency Motion for Discovery Pursuant to the TCPA | | 04/15/2019 | 1 |
| 84801257 | Plaintiff's Opposed and Amended Emergency Motion for Discovery Pursuant to the TCPA | | 04/12/2019 | 6 |
| ·> 84801258 | Proposed Order Granting Plaintiff's Motion for Expedited Discovery | | 04/12/2019 | 2 |
| 84735509 | Plaintiff's Opposed Emergency Motion for Discovery Pursuant to the TCPA | | 04/10/2019 | 5 |
| ·> 84735510 | EXHIBIT A | | 04/10/2019 | 2 |
| 84735511 | Proposed Order Granting Plaintoff's Motion for Expedited Discovery | | 04/10/2019 | 2 |
| 84735871 | notice of oral Hearing on Plaintiff's Request for Temporary Injunction and for Expedited Discovery | | 04/10/2019 | 1 |
| 84731391 | Pam Defendants' Motion to Dismiss Under the Texas Citizens Participation Act | | 04/09/2019 | 16 |
| ·> 84731392 | Proposed Order Granting Pam Defendant's Motion to Dismiss Under the Texas Citizens Participation Act | | 04/09/2019 | 1 |
| 84687456 | Civil Process Pick-Up Form | | 04/05/2019 | 1 |
| 84627908 | PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION | | 04/03/2019 | 21 |
| ·> 84627909 | EXHIBIT A | | 04/03/2019 | 423 |
| ·> 84627910 | EXHIBIT B | | 04/03/2019 | 3 |
| ·> 84627911 | EXHIBIT C | | 04/03/2019 | 2 |
| ·> 84627912 | Proposed Order Granting | | 04/03/2019 | 4 |
| 84632146 | Notice of Oral Hearing on Plaintiff's Application for Tempory Restraining Order | | 04/03/2019 | 1 |
| 84633058 | Civil Process Requests | | 04/03/2019 | 4 |
| 84636474 | Clerk's certificate of cash deposit in lieu of injunction bond per order of the court | | 04/03/2019 | 1 |
| 84637083 | ORDER SETTING BOND SIGNED | | 04/03/2019 | 4 |

|  | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | 04/03/2019 |  |
|---|---|---|---|
|  | ORDER SIGNED SETTING HEARING | 04/03/2019 |  |
| 84657743 | Civil Process Requests | 04/03/2019 | 4 |