CAUSE NO. 2019-23790

| | | |
|---|---|---|
| MERIDIAN HOSPITAL SYSTEMS CORPORATION, | § § § § | IN THE DISTRICT COURT |
| PLAINTIFF, | § § | |
| V. | § § | HARRIS COUNTY, TEXAS |
| POST ACUTE MEDICAL, LLC, PAM PHYSICIAN ENTERPRISE, CLEAR LAKE INSTITUTE FOR REHABILITATION, LLC, KEY MANAGEMENT GROUP, LLC, | § § § § § § § | |
| DEFENDANTS. | § | 11th JUDICIAL DISTRICT |

## DECLARATION OF ROBERT LAGERMASINI

1. My name is Robert Lagermasini. I am over 18 years of age and am of sound mind. I have never been convicted of a crime or a misdemeanor involving moral turpitude. I am under no legal disability and I am fully competent to make this Declaration. I have personal knowledge of the facts and statements recited herein. I swear that each of the statements I have made in this Declaration is true and correct.

2. I am employed by Defendant Post Acute Medical, LLC as its Senior Vice President and Chief Accounting Officer. I have reviewed Exhibits D and E to Plaintiff's Amended Petition and Application for Temporary Restraining Order and Temporary Injunction.

3. I have searched through Defendant Post Acute Medical, LLC's and its affiliates' patient lists and have confirmed that there has never been a patient named "Calverly Leonam."

4. Further Declaration sayeth naught.

_____
Robert Lagermasini

My name is Robert Lagermasini, my date of birth is 07/10/1985, and my address is 1828 Good Hope Road Enola, Pennsylvania 17025, United Sates of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Williamson County, on the 26th day of June, 2019.

_____
Robert Lagermasini

2