# Oil Spill

| | |
|---|---|
| **From:** | Caroline Adams |
| **Sent:** | Thursday, June 27, 2019 10:32 AM |
| **To:** | Pector, Michelle |
| **Subject:** | 2019.6.21 Q1 - POST ACUTE MEDICAL |
| **Attachments:** | 2019.6.21 Q1.pdf |

Michelle, I just wanted to follow up on this email. Meridian has the option to delete all PAM data and requests again to delete such data. Due to any potential spoliation claims, I have informed Meridian that it cannot delete any evidence related to PAM.  Please advise as Meridian incurs storage costs and this will be added to the damage model. Please advise if you will agree that existing PHI can be destroyed as expressly permitted under the contracts. Your prompt attention to this matter is appreciated.

**Caroline E. Adams**
*Attorney*
**Buzbee Law Firm**
**JPMorgan Chase Tower**
**600 Travis Street**
**Number 7300**
**Houston, Texas 77002**

**Telephone: 713.223.5393**
**Facsimile: 713.223.5909**

Cadams@txattorneys.com
www.txattorneys.com

---

**From:** Caroline Adams
**Sent:** Friday, June 21, 2019 12:02 PM
**To:** Pector, Michelle
**Subject:** 2019.6.21 Q1 - POST ACUTE MEDICAL

Please see attached.

**Caroline E. Adams**
*Attorney*
**Buzbee Law Firm**
**JPMorgan Chase Tower**
**600 Travis Street**
**Number 7300**
**Houston, Texas 77002**

**Telephone: 713.223.5393**

Facsimile: 713.223.5909

Cadams@txattorneys.com
www.txattorneys.com