# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POST ACUTE MEDICAL, LLC, | : | 1:19-cv-1137 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER LEBLANC and | : | |
| MERIDIAN HOSPITAL SYSTEMS | : | |
| CORPORATION, | : | |
| Defendants. | : | |

## ORDER

September 16, 2019

Presently before the Court is Defendants' Amended Motion to Dismiss, (Doc. 21). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Amended Motion to Dismiss (Doc. 21) is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III
United States District Judge